### HUGHES v. STATE BOARD OF MEDICAL EXAMINERS.

HILL, J. This case being similar in its facts, and the same questions of law being made, as in the case of *Hughes* v. *State Board of Medical Examiners*, this day decided, the rulings made there are controlling in this case.

*Judgment affirmed. All the Justices concur, except Atkinson, J., disqualified.*